|  | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF PUERTO RICO | |
| ASOCIACION DE SUSCRIPCION CONJUNTA DEL SEGURO DE RESPONSABILIDAD OBLIGATORIO,<br><br>    Plaintiff,<br><br>    v.<br><br>TREASURY SECRETARY ÁNGEL A. ORTIZ-GARCÍA,<br><br>    Defendant. | Civil No. 08-1707 (JAF) |

**O R D E R**

Before the court is the request by the Asociación de Suscripción Conjunta del Seguro de Responsabilidad Obligatorio ("Plaintiff" or "JUA") for interim relief, filed on October 15, 2008, Docket No. 57. Defendant, the Secretary of the Treasury of the Commonwealth of Puerto Rico, opposed on October 20, 2008, Docket No. 60, and Plaintiff replied on October 24, 2008, Docket No. 64.

Under our August 15, 2008 Opinion and Order, Docket No. 38, the parties have been meeting in an attempt to comply with our ruling that Defendant must not continue to deposit compulsory insurance premiums into the Commonwealth General Fund. The parties have agreed that, ultimately, compulsory premiums will be collected in a way that eliminates the collection centers currently in use, and that bypasses the Treasury Department. Docket Nos. 60, 64-1. However, the parties acknowledge that this system will not be fully ready for implementation until June 30, 2009. Docket 64-2.

Civil No. 08-1707 (JAF)                                                    -2-

Plaintiff now requests that we order Defendant to transfer premiums collected on Plaintiff's behalf within twenty-four hours of receipt. <u>Docket No. 57</u>. Defendant responds, without explanation, that "it is technically impossible to segregate funds at the point of collection for the Department of the Treasury," and portrays Plaintiff's motion as an attempt to circumvent the negotiation process carried out by the parties per our Opinion and Order. <u>Docket No. 60</u>. Defendant does not clarify why it is impossible to either segregate the compulsory insurance premiums at the point of collection or to perform the reconciliations more quickly, in order to transfer the funds to Plaintiff more frequently and expeditiously. We understand that the ultimate solution may take some months to carry out, but we see no reason to delay any and all corrective measures until June 2009.

Accordingly, we hereby **ORDER** Defendant to respond **by November 13, 2008,** explaining why it cannot either (1) segregate the compulsory insurance funds and transfer them to Plaintiff within twenty-four hours of receipt, or (2) speed up the reconciliation process and transfer funds on a weekly or bi-weekly basis until the final corrective measure is implemented by June 2009.

A Hearing will be held on **November 18, 2008, at 9:30 A.M.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 31st day of October, 2008.

                                          S/José Antonio Fusté
                                          JOSE ANTONIO FUSTE
                                          Chief U.S. District Judge